■ JAGBANDAN SOOKLALL, as Administrator of the Estate of IRENE SOOKLALL, Also Known as IRENE JOSEPH, Deceased, Respondent, v COLLEGE RESIDENCE CLUB, INC., Appellant, et al., Defendants. — Order, Supreme Court, New York County (H. Schwartz, J.), entered on September 25, 1981, unanimously affirmed, and plaintiff's time within which to serve a bill of particulars extended for a period of 10 days following the date of this court's order. Respondent shall recover of appellant $50 costs and disbursements of this appeal. No opinion. Concur — Kupferman, J. P., Sullivan, Lupiano, Fein and Lynch, JJ.